UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| OPTIMUM LABORATORY SERVICES, LLC, § § § <br> **Plaintiff,** § § <br> v. § <br> § <br> EAST EL PASO PHYSICIANS' § MEDICAL CENTER LLC, d/b/a § FOUNDATION SURGICAL § HOSPITAL OF EL PASO, § § <br> **Defendant.** § | EP-20-CV-00007-FM |

## FINAL JUDGMENT

In accordance with "Order Granting Motion for Default Judgment [ECF No. 8], the court enters the follow orders:

1. **IT IS HEREBY ORDERED** that Plaintiff Optimum Laboratory services, LLC, is **AWARDED $1,546,563.00** pursuant to "Final Award" [ECF No. 1-1]. The Final Award is **CONFIRMED** in all respects.

2. It is **FURTHER ORDERED** that Defendant East El Paso Physician' Medical Center LLC, d/b/a Foundation Surgical Hospital of El Paso **SHALL** pay post-judgment interest at the rate of 0.38%, until paid in full, to be compounded annually pursuant to the provisions of 28 U.S.C. § 1961(b).

3. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

4. It is **FINALLY ORDERED** that the Clerk of Court **SHALL CLOSE** the above-captioned cause.

**SIGNED AND ENTERED** this _18_ day of **March, 2020**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1

**EXHIBIT 1**