**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| OPTIMUM LABORATORY SERVICES, LLC, an Oklahoma limited liability company,<br><br>PLAINTIFF,<br><br>V.<br><br>SIMMONS BANK, THE FARMERS & MERCHANTS BANK, MARATHON BANK, INCREDIBLEBANK UNITEDHEALTHCARE OF TEXAS, INC., BLUECROSS BLUESHIELD OF TEXAS, AETNA, HUMANA INC., AND CIGNA,<br><br>GARNISHEES,<br><br>V.<br><br>EAST EL PASO PHYSICIANS' MEDICAL CENTER LLC, dba FOUNDATION SURGICAL HOSPITAL OF EL PASO,<br><br>DEFENDANT. | Case No. 3:20-cv-00007-FM |

## JUDGMENT OF GARNISHMENT

Came on Plaintiff/Garnishor Optimum Laboratory Services, LLC ("<u>Optimum</u>"), which, following the filing of an Original Answer herein by Garnishee, AETNA, submitted the following judgment in this cause. The Court, having found that Judgment-East El Paso Physicians' Medical Center LLC, dba Foundation Surgical Hospital of El Paso, has been properly served with a copy of the Writ of Garnishment in accordance with Rule 663a, is of the opinion that judgment should be rendered in accordance with the pleadings on file and set forth herein. Therefore, it is:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff/Garnishor Optimum. recover from AETNA the sum of EIGHTY SEVEN THOUSAND FIVE HUNDRED AND SEVENTY-SIX DOLLARS AND FORTY-FOUR CENTS ($87,576.44) from the funds of Judgment Defendant that AETNA is holding pursuant to the Writ of Garnishment issued in this cause, which sum is to be credited toward the Judgment by this Court in Cause No. 20-cv-00007-FM, rendered in favor of Plaintiff/Garnishor and against Judgment Defendant on March 18, 2020.

It is further **ORDERED, ADJUDGED, AND DECREED** that AETNA is awarded judgment for its costs and expenses, including a reasonable attorney's fee, pursuant to Tex. R. Civ. P. 677, in the amount of ZERO DOLLARS AND 00/100 DOLLARS ($0.00) against Judgment Defendant to be paid from the funds of Judgment Defendant which AETNA is holding pursuant to the Writ of Garnishment issued in this cause.

It is further **ORDERED, ADJUDGED, AND DECREED** that upon the payment of the sums set forth above, any other funds and effects being held by AETNA pursuant to the Writ of Garnishment issued in this cause are to be released.

It is further **ORDERED, ADJUDGED, AND DECREED** that AETNA is discharged of any further liability to Plaintiff/Garnishor and Judgment Defendant to the extent of the funds garnished herein.

It is further **ORDERED, ADJUDGED, AND DECREED** that if this judgment is appealed by the Judgment Defendant, or set aside, reformed, or reversed by any court of competent jurisdiction, Plaintiff/Garnishor and Garnishee shall immediately upon such appeal, setting aside, reformation, or reversal, return all funds awarded them to the registry of the Court.

It is further **ORDERED, ADJUDGED, AND DECREED** that except as set forth above, all costs of court herein are taxed against the party incurring same. This judgment disposes of all claims and parties, is appealable, and therefore is a final disposition of this cause.

SIGNED this **11th** day of **April 2022**.

_____
JUDGE PRESIDING

Approved and submitted for entry:
*s/ Christopher M. Staine*
**Christopher M. Staine**
Texas Bar No. 24104576
CROWE & DUNLEVY, P.C.
2525 McKinnon Street, Suite 425
Dallas, Texas 75201
Telephone: (214) 420-2163
Fax: (214) 736-1762
christopher.staine@crowedunlevy.com
Attorney for Plaintiff/Garnishor

Approved as to form only:

*Mark Connolly*
Mark Connolly
Aetna Provider Garnishments
151 Farmington Ave., AN33
Hartford, CT 06156
Telephone: 860-273-9899
Fax: 860-975-1804
ConnollyM@aetna.com
Analyst OPS Accounting for Aetna