IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| OPTIMUM LABORATORY SERVICES, LLC, an Oklahoma limited liability company,<br><br>PLAINTIFF,<br><br>V.<br><br>SIMMONS BANK, THE FARMERS & MERCHANTS BANK, MARATHON BANK, INCREDIBLEBANK UNITEDHEALTHCARE OF TEXAS, INC., BLUECROSS BLUESHIELD OF TEXAS, AETNA, HUMANA INC., AND CIGNA,<br><br>GARNISHEES,<br><br>V.<br><br>EAST EL PASO PHYSICIANS' MEDICAL CENTER LLC, dba FOUNDATION SURGICAL HOSPITAL OF EL PASO,<br><br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 3:20-cv-00007-FM |

## JUDGMENT OF GARNISHMENT

Plaintiff/Garnishor Optimum Laboratory Services, LLC ("Optimum"), following the filing of an Original Answer herein by Garnishee UnitedHealthcare Insurance Company, incorrectly named UnitedHealthcare of Texas, Inc. ("UHIC"), submits the following judgment in this cause. The Court, having found that Judgment Defendant East El Paso Physicians' Medical Center LLC, dba Foundation Surgical Hospital of El Paso, has been properly served with a copy of the Writ of

Garnishment in accordance with Rule 663a, is of the opinion that judgment should be rendered in accordance with the pleadings on file and set forth herein. Therefore, it is:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff/Garnishor Optimum recover from UHIC the sum of ONE HUNDRED FORTY-FOUR THOUSAND EIGHT HUNDRED THIRTY-SIX AND 39/100 DOLLARS ($144,836.39) from the funds of Judgment Defendant that UHIC is holding pursuant to the Writ of Garnishment issued in this cause, which sum is to be credited toward the Judgment by this Court in Cause No. 20-cv-00007-FM, rendered in favor of Plaintiff/Garnishor and against Judgment Defendant on March 18, 2020. It is further

**ORDERED, ADJUDGED, AND DECREED** that UHIC is awarded judgment for its costs and expenses, including a reasonable attorneys' fees, pursuant to Tex. R. Civ. P. 677, in the amount of ONE THOUSAND EIGHT HUNDRED AND FOURTEEN AND 50/100 DOLLARS ($1,814.50) against Judgment Defendant to be paid from the funds of Judgment Defendant which UHIC is holding pursuant to the Writ of Garnishment issued in this cause. It is further

**ORDERED, ADJUDGED, AND DECREED** that upon the payment of the sums set forth above, any other funds and effects being held by UHIC pursuant to the Writ of Garnishment issued in this cause are to be released. It is further

**ORDERED, ADJUDGED, AND DECREED** that UHIC is discharged from any further liability to Plaintiff/Garnishor and Judgment Defendant in any matter arising in connection with the funds garnished herein. It is further

**ORDERED, ADJUDGED, AND DECREED** that if this judgment is appealed by the Judgment Defendant, or set aside, reformed, or reversed by any court of competent jurisdiction, Plaintiff/Garnishor and Garnishee shall immediately upon such appeal, setting aside, reformation, or reversal, return all funds awarded them to the registry of the Court. It is further

**ORDERED, ADJUDGED, AND DECREED** that except as set forth above, all costs of court herein are taxed against the party incurring same.

SIGNED this **12th** day of **May 2022**.

_____
JUDGE PRESIDING